# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| CAMERON REGIONAL MEDICAL CENTER, INC., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 5:22-cv-6122 |
| v. | ) ) |
| CORIZON HEALTH, INC., and CORIZON, LLC, | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, Cameron Regional Medical Center, Inc. ("CRMC"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 5.2, hereby moves to file Exhibit A to the Complaint under seal, and file a redacted version of the Complaint.

For the reasons set forth in the concurrently filed Memorandum in Support of Motion to File Under Seal, Plaintiff respectfully requests that this Court grant its Motion. Plaintiff requests that the exhibit remain sealed, and the Complaint redacted, until Defendants grant a waiver of confidentiality or this Court otherwise rules that sealing and redaction is not proper.

Dated: November 8, 2022

Respectfully submitted,

**SPENCER FANE LLP**

*/s/ Mark A. Cole*
Blane R. Markley, MO #59334
Mark A, Cole, MO # 59809
6201 College Blvd, Suite 500
Overland Park, KS 66211
Telephone: (913) 345-8100
Facsimile: (913) 345-0736
bmarkley@spencerfane.com
mcole@spencerfane.com

*Attorneys for Plaintiff*
*Cameron Regional Medical Center, Inc.*