IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **CAMERON REGIONAL MEDICAL CENTER, INC.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**CORIZON HEALTH, INC., and CORIZON, LLC., et al.** )<br>)<br>Defendants. ) | Civil Action No. 5:22-cv-06122-BCW |

**TEHUM CARE SERVICES, INC. d/b/a CORIZON HEALTH, INC.'S SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

Tehum Care Services, Inc. f/k/a Corizon Health, Inc. ("Debtor"), one of the named defendants herein, files this *Suggestion of Bankruptcy and Notice of Automatic Stay* and would respectfully show as follows:

1. On February 13, 2023 (the "Petition Date"), Debtor filed a voluntary petition pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

2. As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement,

against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtor's estate.

3. The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case. If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual damages, including costs and attorneys' fees, arising from the violation of the stay.

Dated: February 13, 2023                    Respectfully submitted,

*/s/ R. Thomas Warburton*
R. Thomas Warburton (MO Bar No. 65477)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N.
Birmingham, AL  35203
205.521.8987
twarburton@bradley.com

*Counsel for Defendant Tehum Care Services, Inc. d/b/a Corizon Health, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2023, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system. We provided copies to:

Mark A. Cole
Blane R. Markley
Spencer Fane LLP-OPKS
6201 College Blvd, Suite 500
Overland Park, KS 66211
(913)345-8100
mcole@spencerfane.com
bmarkley@spencerfane.com

*Attorneys for Plaintiff*

                                        */s/ R. Thomas Warburton*
                                        R. Thomas Warburton

3

Case 5:22-cv-06122-BCW   Document 14   Filed 02/13/23   Page 3 of 3