**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| CAMERON REGIONAL MEDICAL CENTER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:22-CV-06122-BCW |
| CORIZON HEALTH, INC., et al., | ) | |
| Defendants. | ) | |

**ORDER GRANTING CLERK'S ENTRY OF DEFAULT**

On July 2, 2026, this Court entered an Order granting counsel for Corizon Health, Inc., Corizon LLC, and Tehum Care Services, Inc.'s motion for leave to withdraw from representation. (Doc. #48). In the Order, the Court stated as follows:

> because a corporation may not proceed without legal representation, Tehum Care Services, Inc., Corizon Health, Inc., and Corizon, LLC must secure substitute counsel immediately. Carr Ents., Inc. v. United States, 6[98] F.2d 952, 953 (8th Cir. 1983). Substitute counsel shall enter an appearance for these Defendants within 10 days of the date of this Order. If substitute counsel does not timely appear as set forth, these Defendants may be held in default without further notice.

(Doc. #48 at 3-4).

As of the date of this Order, substitute counsel has not entered any appearance for Tehum Care Services, Inc., Corizon Health, Inc., and/or Corizon LLC. Because a corporation may not proceed pro se and may only "be represented by licensed counsel," Tehum Care Services, Inc., Corizon Health, Inc., and Corizon LLC are, consistent with the Court's July 2, 2026 Order, in default. Accordingly, it is hereby

ORDERED the Clerk of the Court is directed to issue an Entry of Default against Tehum Care Services, Inc., Corizon Health, Inc., and Corizon LLC as of the date of this Order.

IT IS SO ORDERED.

DATE: August 20, 2026

/s/ Brian C. Wimes
BRIAN C. WIMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT