**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| CAMERON REGIONAL MEDICAL CENTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:22-CV-06122-BCW |
| | ) | |
| CORIZON HEALTH, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 13, 2026, Defendants YesCare Corp. and CHS TX, Inc. filed a Suggestion of Bankruptcy in this Court. (Doc. #44). The Suggestion of Bankruptcy provides notice of these Defendants' bankruptcy cases filed in the United States Bankruptcy Court Middle District of Florida. In re YesCare Corp., No. 2:26-bk-01089-FMR (Bankr. M.D. Fla. May 8, 2026); In re CHS TX, Inc., d/b/a/ YesCare, No. 2:26-bk-01090-FMR (Bankr. M.D. Fla. May 8, 2026).

Pursuant to these bankruptcy petitions, the above-case is automatically stayed as to Defendants YesCare Corp. and CHS TX, Inc. under 11 U.S.C. § 362(a) pending further action by the bankruptcy court. Accordingly, it is hereby

ORDERED Plaintiff's claims against Defendants YesCare Corp. and CHS TX, Inc. are STAYED, pending bankruptcy proceedings in the U.S. Bankruptcy Court for the Middle District of Florida, Nos. 2:26-bk-1089-FMR and/or 2:26-bk-1090-FMR. It is further

ORDERED this matter is set for at status conference by telephone on **October 13, 2026 at 10:30 a.m. CST**. The Courtroom Deputy shall arrange participation in the conference. It is further

ORDERED the parties shall file in this Court, on or before **October 5, 2026**, and every 60 days thereafter throughout the bankruptcy proceedings, a joint status report indicating the status of the bankruptcy cases and how the bankruptcy proceedings might impact the above-captioned case.

IT IS SO ORDERED.

DATE: August 20, 2026

/s/ Brian C. Wimes
BRIAN C. WIMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT